# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2015

SEAN F. McAVOY, CLERK

THOMAS ALLEN BUTLER

*Petitioner*

v.

MIKE OBENLAND

*Respondent*

Civil Action No. 2:14-CV-0291-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  This habeas action is DISMISSED pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts and with prejudice as time-barred under 28 U.S.C. 2244(d). Judgment is in favor of the Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  January 14, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen